U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 JUL 10 A 11: 27

STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VAN L. MAYES,

    Defendant.

18-CR-154

Case No. 18-CR-
[18 U.S.C. §§ 844(i, m), 18 U.S.C.
§§ 2, 922(g)(1), 924(a)(2), 924(c)(1)(B)(ii),
26 U.S.C §§ 5845, 5861(f)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about August 15, 2016, in the State and Eastern District of Wisconsin,

**VAN L. MAYES**

attempted to damage and destroy, by means of fire and explosive materials, the Milwaukee Police Department District Seven Station, a building used in interstate commerce and located on W. Fond du Lac Avenue, Milwaukee, Wisconsin.

All in violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 15, 2016, in the State and Eastern District of Wisconsin,

**VAN L. MAYES**

conspired with others, known and unknown, to maliciously damage, by means of fire, in violation of Title 18, United States Code, Section 844(i), the Milwaukee Police Department District Seven Station, a building used in interstate commerce and located on W. Fond du Lac Avenue, Milwaukee, Wisconsin.

All in violation of Title 18, United States Code, Sections 844(m) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES:**

On or about August 15, 2016, in the State and Eastern District of Wisconsin,

## VAN L. MAYES

did knowingly possess a destructive device during and in relation to crimes of violence, for which he may be prosecuted in a court of the United States, that is Counts One and Two of the Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(B)(ii).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about August 15, 2016, in the State and Eastern District of Wisconsin,

**VAN L. MAYES,**

who previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm (a destructive device) which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a glass bottle filled with gasoline and a fabric wick, commonly known as a "Molotov cocktail."

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 15, 2016, in the State and Eastern District of Wisconsin,

**VAN L. MAYES,**

knowingly made a National Firearms Act (NFA) firearm, a destructive device, as defined in Title 26, United States Code, Section 5845, which was a glass bottle filled with gasoline and a fabric wick, commonly known as a "Molotov cocktail."

All in violation of Title 26, United States Code, Sections 5822, 5861(f), and Title 18, United States Code, Section 2.

A TRUE BILL:

FOREPERSON
Dated: July 10, 2018

_____
MATTHEW D. KRUEGER
UNITED STATES ATTORNEY