UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.  **Case No. 18-CR-154**

**VAN L. MAYES**,

    Defendant.

---

### MOTION TO FILE UNDER SEAL

---

**COMES NOW** the above named defendant, Van Mayes, through Attorney Robert LeBell, and hereby moves the Court for an order to permit the sealing of the Ex Parte Motion in the above referenced matter.

**AS GROUNDS THEREFORE** the defendant states the following:

The Motion relates to billing which is not the consideration of the U.S. Attorney's Office.

Dated at Milwaukee, Wisconsin this 6th day of August, 2018.

    Respectfully submitted,

    /s/ *Robert G. LeBell*

---

Robert G. LeBell, SBN 01015710
Attorney for Defendant
1223 N. Prospect Avenue
Milwaukee, Wisconsin  53202
(414) 276-1233
Fax: (414) 239-8565
dorbell@ldm-law.com