UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                     Case No. 18-CR-154 (PP)

VAN MAYES,

        Defendant.

---

## UNITED STATES MOTION TO REASSIGN A RELATED CRIMINAL CASE

---

The United States of America, by United States Attorney Matthew D. Krueger and Assistant United States Attorneys Gregory Haanstad and Christopher Ladwig, hereby moves the court pursuant to Criminal L. R. 13 to reassign the defendant's case into the Honorable Judge Pamela Pepper's court. The defendant's case is based on a similar set of facts, events, witnesses, and offenses as *U.S. v. Toronse Carter* (17-CR-190) and *U.S. v. Charles Edwards* (16-CR-159), which are currently assigned to Judge Pepper.

These defendants' cases are factually connected to widespread rioting and looting in the area surrounding Sherman Park that occurred on August 13, 14, and 15 2016. The rioting and looting was a response to Milwaukee Police Officer Dominique Heaggan-Brown's shooting of Sylville Smith at the intersection of N. 44th Street and W. Auer Ave. During the rioting and looting, individuals set fires at the following seven Milwaukee commercial businesses: BP Gas Station, 3114 N. Sherman Blvd.; O'Reilly Auto Parts, 3405

1

W. Fond Du Lac Ave.; Jet Beauty, 3501 W. Burleigh St.; BMO Harris Bank, 3536 W. Fond Du Lac Ave.; PJ's Market, 3079 N. 21st St.; MJM Liquor, 2229 W. Fond Du Lac Ave.; and Big Jim's Liquor, 2161 N. Hopkins Ave. In the days following the rioting, there were also other criminal conspiracy events connected to suspected arsonists and rioters who frequented the Sherman Park area. It is believed that some suspects used manufactured devices to ignite a fire at the BP Gas Station on August 13, 2016. In the *Mayes, Carter* and *Edwards* cases, there are overlapping pieces of evidence, witnesses, and suspects.

Reassigning the defendant's case will serve the purpose of saving judicial resources, and it will not delay proceedings in any of these cases, which are all in pretrial or discovery posture. For all of the foregoing reasons, the United States of America respectfully requests that *U.S. v. Mayes* be reassigned to Judge Pepper's court.

Respectfully submitted this 23rd day of May 2019.

MATTHEW D. KRUEGER
United States Attorney

By:    *s/ Christopher Ladwig*
Christopher Ladwig (WBN 1052024)
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin  53202
Telephone: (414) 297-1700
Christopher.Ladwig@usdoj.gov

2