UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v. **Case No. 18-CR-154**

**VAN L. MAYES,**

    Defendant.

## MOTION TO FILE UNDER SEAL

**COMES NOW** the above named defendant, Van Mayes, through Attorney Robert LeBell, and hereby moves the Court for an order to permit the sealing of the Brief in Opposition to the Government's Motion to Reassign in the above referenced matter.

**AS GROUNDS THEREFORE** the defendant states the following:

The Brief references sensitive matters that are subject to the protective order.

Dated at Milwaukee, Wisconsin this 24th day of May, 2019.

    Respectfully submitted,

    /s/ *Robert G. LeBell*

    Robert G. LeBell, SBN 01015710
    Attorney for Defendant
    1223 N. Prospect Avenue
    Milwaukee, Wisconsin  53202
    (414) 276-1233
    Fax: (414) 239-8565
    dorbell@ldm-law.com