UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 18-CR-154 (PP)

VAN MAYES,

        Defendant.

## UNITED STATES' REPLY TO DEFENDANT'S OBJECTION TO THE MOTION TO REASSIGN A RELATED CRIMINAL CASE

The United States of America, by United States Attorney Matthew D. Krueger and Assistant United States Attorneys Gregory Haanstad and Christopher Ladwig, hereby moves the court pursuant to Criminal L. R. 13 to reassign the defendant's case into the Honorable Judge Pamela Pepper's court. The defendant's case is based on a similar set of facts, events, witnesses, and offenses as *U.S. v. Toronse Carter* (17-CR-190) and *U.S. v. Charles Edwards* (16-CR-159), which are currently assigned to Judge Pepper.

These defendants' cases are factually connected to widespread rioting and looting in the area surrounding Sherman Park that occurred on August 13, 14, and 15 2016. Mayes', Edwards', and Carter's cases all stem from the same facts and their discovery is the same. In particular, Mayes' and Edwards' case have exactly the same witnesses, factual context, and suspects.

1

Due to the nature of events (3 days of rioting and a conspiracy to firebomb a police station), the factual context is complex and the discovery is significant. By consolidating all the cases before Judge Pepper, it will certainly save judicial resources by ensuring the district court judge is familiar with the witnesses, facts, and the connected legal issues related to witnesses, search warrants, and subpoenas. In addition, contrary to the defendant's position, there is extensive evidence that Mayes participated in the events that occurred on August 13, 14, and 15, and that evidence is relevant to Mayes' indictment and would be introduced at his trial. Furthermore, the defendant's motion concedes that Edwards' and Mayes' cases inextricably connected.

Reassigning the defendant's case will serve the purpose of saving judicial resources, and it will not delay proceedings in any of these cases. For all of the foregoing reasons, the United States of America respectfully requests that *U.S. v. Mayes* be reassigned to Judge Pepper's court.

Respectfully submitted this 28th day of May 2019.

        MATTHEW D. KRUEGER
        United States Attorney

By:    *s/ Christopher Ladwig*
        Christopher Ladwig (WBN 1052024)
        Assistant United States Attorney
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700