UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                                           **Case No. 18-CR-154**

**VAN L. MAYES**,

        Defendant.

## RESPONSE TO GOVERNMENT'S REPLY TO DEFENDANT'S BRIEF
## IN OPPOSITION TO THE MOTION TO REASSIGN A RELATED CRIMINAL CASE

The defendant is in receipt of the government's reply to the defendant's Brief in Opposition to the Motion to Reassign a Related Criminal Case. In the government's last submission, there is an assertion that the defendant has conceded the commonality of the three cases. That is a diametrically opposed assessment from the position carefully set forth in the defendant's objection. Furthermore, there is no consistency in witnesses between the three sets of charges in the cases. A transfer would not in any way advance conservation of judicial resources, but rather, would necessitate additional court time and pretrial and trial motions. The Edwards case has been resolved, and the Carter case is dramatically different in both the surrounding circumstances, as well as, the witnesses necessary for proof of the underlying charges.

1

Dated at Milwaukee, Wisconsin this 29th day of May, 2019.

          Respectfully submitted,

          /s/ *Robert G. LeBell*

          Robert G. LeBell, SBN 01015710
          Attorney for Defendant
          1223 N. Prospect Avenue
          Milwaukee, Wisconsin 53202
          (414) 276-1233
          Fax: (414) 239-8565
          dorbell@ldm-law.com

,

2

Case 2:18-cr-00154-LA-DEJ   Filed 05/29/19   Page 2 of 2   Document 47