UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                                            **Case No. 18-CR-154**

**VAN L. MAYES,**

    Defendant.

**SUPPLEMENTAL RESPONSE TO GOVERNMENT'S REPLY TO DEFENDANT'S BRIEF IN OPPOSITION TO THE MOTION TO REASSIGN A RELATED CRIMINAL CASE**

The government, in it's Motion to Reassign the instant matter to this court, to be tried with U.S. v. Carter (17-CR-190) and U.S. v. Edwards (16-CR-159), alleges similarity and the purpose of saving judicial resources. A response has been filed, to which the government has replied. In addition to the objections previously interposed, a recent change in circumstances makes the reassignment procedurally and practically inappropriate.

As was indicated earlier, the Edwards matter has been resolved and the defendant is awaiting sentencing. Carter had been the subject of unresolved competency issues. On June 4, 2019, the court entered an order determining that Carter suffered from a mental defect, such that he was statutorily incompetent. He was committed to obtain treatment for a period of four months, or longer.

1

If any question lingered regarding the appropriateness for reassignment, it has been extinguished by the court's June 4, 2019 order. The reassignment motion should be denied.

Dated at Milwaukee, Wisconsin this 10th day of June, 2019.

Respectfully submitted,

/s/ *Robert G. LeBell*

Robert G. LeBell, SBN 01015710
Attorney for Defendant
1223 N. Prospect Avenue
Milwaukee, Wisconsin  53202
(414) 276-1233
Fax: (414) 239-8565
dorbell@ldm-law.com

,