UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 18-CR-154

VAN MAYES,

    Defendant.

## GOVERNMENT'S MOTION TO SEAL

NOW COMES the United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Christopher J. Ladwig, Assistant United States Attorney for said district, and hereby moves the Court, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, for an order sealing the government's Response to (Defendant's Motion and) Order to Seal filed on September 24, 2019, in the above-named case until further order of this Court.

As a basis for said motion, the government relies upon the facts and circumstances described in said motion.

Respectfully submitted this 24th day of September, 2019, at Milwaukee, Wisconsin.

                                              Respectfully submitted,

                                              MATTHEW D. KRUEGER
                                              United States Attorney


                            By:    /s/ Christopher J. Ladwig
                                  CHRISTOPHER J. LADWIG
                                  Assistant United States Attorney