# United States District Court
EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

HON. **WILLIAM E. DUFFIN,** presiding.   Deputy Clerk: Katina Hubacz
DATE: **January 9, 2020 at 10:00 AM**   Court Reporter: Liberty
CASE NO. **18-CR-154**   Time Called: 9:58:21
UNITED STATES v. **VAN L. MAYES**   Time Concluded: 10:06:39
PROCEEDING: **TELEPHONIC COUNSEL ONLY STATUS CONFERENCE**
UNITED STATES by: **Christopher Ladwig (by phone)**
DEFENDANT: **VAN L. MAYES,** not present, and by
ATTORNEY: **Robert G. LeBell**

---

Defense:
- Discovery has been turned over – still have issues with redactions and disclosures
- Plan to make some additional requests that will be subject to dispute
- Complex case – involves many informants and layers of investigations
- Expect significant motion practice – asking for at least 120 days
- Plan motions regarding SSI, searches, fact witnesses are juveniles or were interviewed when juveniles – in order to access information under state law, need to file Bellows motion – have substance of what individuals said but don't know their identities so unable to file the necessary motions
- Suggest if can't resolve identities, may need to file motion to compel

Govt:
- Not opposed to proposed time line but within 120 days hope to sit down with Mr. LeBell to discuss
- Plans to limit amount of evidence plan to be using – will be less than what has been turned over
- Hope to limit amount of pretrial motions that will be necessary

**Motions due: 5/15/2020**
**Responses due: 6/15/2020**
**Replies due: 6/30/2020**

Court makes a speedy trial finding pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial. Specifically, I find that given the complexity of this case, the failure to grant a continuance would unreasonably deny the Defendant reasonable time for effective preparation. The time from today's date until May 15, 2020 is excluded under the Speedy Trial Act.