**UNITED STATES OF AMERICA**,

    Plaintiff,

v.                                            **Case No. 18 CR 154**

**VAN L. MAYES**,

    Defendant.

## MOTION TO COMPEL UNDREDACTED DISCOVERY

**COMES NOW** the above named defendant, by his attorney, Robert G. LeBell, moves the Court for an order compelling the government to provide unredacted discovery.

Dated at Milwaukee, Wisconsin, this 21st day of May, 2020.

Respectfully submitted,

/s/ *Robert G. LeBell*

Robert G. LeBell, SBN: 01015710
Attorney for Defendant
1223 N. Prospect Avenue
Milwaukee, WI 53202
(414) 276-1233
Fax: (414) 239-8565
dorbell@ldm-law.com