UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.  **Case No. 18 CR 154**

**VAN L. MAYES**,

        Defendant.

---

## MOTION TO DISCLOSE IDENTITY OF
## INFORMANT AND RELATED DISCOVERY

---

**COMES NOW** the above named defendant, by his attorney, Robert G. LeBell, moves the Court for an order compelling the government to disclose the identity of the unnamed informant(s) and related discovery, consistent with Rule 501 of the Federal Rules of Evidence and the Sixth and Fourteenth Amendments of the United States Constitution.

Dated at Milwaukee, Wisconsin, this 21st day of May, 2020.

        Respectfully submitted,

        /s/ *Robert G. LeBell*

---

Robert G. LeBell, SBN: 01015710
Attorney for Defendant
1223 N. Prospect Avenue
Milwaukee, WI 53202
(414) 276-1233
Fax: (414) 239-8565
dorbell@ldm-law.com