UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.     **Case No. 18 CR 154**

**VAN L. MAYES**,

    Defendant.

## MOTION TO FILE UNDER SEAL

**COMES NOW** the above named defendant, Van Mayes, through Attorney Robert LeBell, and hereby moves the Court for an order to permit the sealing of the Memorandum in Support of Motion to Disclose Identity of Informant and Related Discovery, as well as the attachment to the memorandum, in the above referenced matter.

**AS GROUNDS THEREFORE** the defendant states the following:

The Brief references discovery matters that are subject to the protective order.

Dated at Milwaukee, Wisconsin this 21st day of May, 2020.

    Respectfully submitted,

    */s/ Robert G. LeBell*

---

Robert G. LeBell, SBN 01015710
Attorney for Defendant
1223 N. Prospect Avenue
Milwaukee, Wisconsin 53202
(414) 276-1233
Fax: (414) 239-8565
dorbell@ldm-law.com