UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                      Case No. 18-CR-154

VAN L. MAYES,

    Defendant.

## THE UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE

The United States of America, by and through undersigned counsel, respectfully request an extension of time to file a response to the defendant's motions to compel un-redacted discovery and for disclosure of the identity of an informant. The government needs additional time to go through the significant discovery requests and appropriately research the defendant's arguments. The government asks for a new filing deadline of June 26, 2020. The defendant does not oppose this request.

Dated at Milwaukee, Wisconsin, this 1st day of June, 2020.

                                      Respectfully submitted,

                                      MATTHEW D. KRUEGER
                                      United States Attorney

                        By:    */s/ Christopher J. Ladwig*

1

CHRISTOPHER J. LADWIG
Assistant United States Attorney
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, WI 53202
Telephone: (414) 297-4103
Fax: (414) 297-1738