**UNITED STATES OF AMERICA**,
           Plaintiff,
v.                                                              **Case No. 18 CR 154**

Van Mayes
           Defendant.

## MOTION FOR TRAVEL

**COMES NOW** the above named defendant, Van Mayes, through Attorney Robert LeBell, and moves the court for an order to allow Mr. Mayes to travel as outlined below:

Mr. Mayes will be traveling to Indianapolis Indiana Friday 6/19/2020, and returning to Milwaukee on Sunday, 6/21/2020. The purpose of this trip is to attend a family member's funeral. Mr. Mayes will make this trip by car. Mr. Mayes will be staying at his brother, Orlando Harris's house at 10244 Trenkamp Court, Indianapolis, Indiana.

Counsel's paralegal has conferred with AUSA Chris Ladwig, who has indicated no objection to this request. Additionally, USPO Hannah Graham stated that she has no objection to this travel. However, she is waiting for investigative reports regarding a traffic stop of Mr. Mayes and an alleged violation of the recently imposed curfew.

Dated at Milwaukee, Wisconsin this 18th day of September, 2019.

1

Respectfully submitted,

*/s/ Robert G. LeBell*

---
Robert G. LeBell, 01015710
LeBELL, DOBROSKI, & MORGAN, LLP
1223 N. Prospect Avenue
Milwaukee, WI 53202
Telephone: (414) 276-1233
Facsimile: (414) 239-8565
dorbell@ldm-law.com