UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                 Case No. 18-CR-154

VAN L. MAYES,

    Defendant.

## THE UNITED STATES' RESPONSE TO THE DEFENDANT'S MOTION TO COMPEL UN-REDACTED DISCOVERY

The United States has met all of its discovery obligations and followed the normal redaction process. The United States redacted the identifying information of certain witnesses and innocent parties because Van Mayes has repeatedly intimidated and interfered with witnesses and abused the trust of children who he mentored when he encouraged them to attack police and taught them how to make Molotov cocktails. Importantly, a grand jury indicted Mayes with a conspiracy to intimidate, threaten, and corruptly persuade witnesses. The government redacted witness' names because they are protected as confidential informants and there are significant safety concerns.

Nonetheless, the United States, as requested by the defendant in Dkt. #72, will provide discovery with only the names and addresses of witnesses redacted.

1

Dated at Milwaukee, Wisconsin, this 26th day of June, 2020.

>Respectfully submitted,
>
>MATTHEW D. KRUEGER
>United States Attorney
>
>By: /s/ Christopher J. Ladwig
>
>CHRISTOPHER J. LADWIG
>Assistant United States Attorney
>Attorney for Plaintiff
>Office of the United States Attorney
>Eastern District of Wisconsin
>517 East Wisconsin Avenue, Room 530
>Milwaukee, WI 53202
>Telephone: (414) 297-4103
>Fax: (414) 297-1738