UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

      Plaintiff,

v. **Case No. 18 CR 154**

**VAN L. MAYES**,

      Defendant.

### REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO COMPEL UN-REDACTED DISCOVERY

The government has agreed to provide discovery as requested with only the names and addresses of witnesses redacted. This agreement is greatly appreciated. Unfortunately, it does not resolve the issue which has been raised in the defendant's motion to disclose the identity of the informant, which will be addressed in a separate reply.

Dated at Milwaukee, Wisconsin, this 10th day of August, 2020.

Respectfully submitted,

/s/ *Robert G. LeBell*

Robert G. LeBell, SBN: 01015710
Attorney for Defendant
1223 N. Prospect Avenue
Milwaukee, WI 53202
(414) 276-1233
Fax: (414) 239-8565
dorbell@ldm-law.com