# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

## COURT MINUTES

| | |
|---|---|
| HON. **William E. Duffin**, presiding | Deputy Clerk: Linda M. Zik |
| DATE: **January 21, 2021 at 3:30 p.m.** | Audio: ATT Conference Line |
| CASE NO. **18-Cr-154** | Time Called: 3:30 p.m. |
| UNITED STATES V. **Van L. Mayes** | Time Concluded: 3:59 p.m. |

PROCEEDING: **Counsel-Only Telephonic Scheduling Conference**

UNITED STATES BY: Christopher Ladwig
DEFENDANT BY: Robert G. LeBell

---

COURT
- Judge Pepper resolved the defendant's objection to a prior order of this court
- This matter is now before this court for a pretrial motions schedule

LEBELL
- Anticipates filing pretrial motions
- Unredacted version of discovery to be provided by government to him
    - Government is waiting for him to provide information about what he needs
- Needs another month to go through the discovery before setting a motions schedule
- Anticipates filing a motion re arrest/non-arrest of defendant; defendant's phones were seized (without probable cause); he needs to know if government will use the contents in its prosecution
- As to potential pretrial motions
    - Need to determine whether certain information was utilized illegally to obtain the Superseding Indictment
    - The motions rely upon the unredacted version of discovery to be provided by the government to him

LADWIG
- Should have new redacted discovery to LEBELL next week with only names of witnesses redacted
- Set a deadline in Mid-February for filing motions by defense and two-weeks later for response from government
- He was not involved in the phone seizure by the State and that criminal prosecution; it is a State search warrant
    o He will do some research to determine if he will use any information from them; he will then inform attorney LEBELL and the Court
    o Will have an answer by tomorrow if he will use contents or not

COURT
- Will give LEBELL another month to review discovery
- Next call to discuss:
    o Whether government will use the phone dump information *(subsequent to this call the government filed a Notice that it would not use evidence derived from the defendant's cellphones, which were seized in summer 2020 by the Milwaukee Police Department, in this prosecution. See ECF No 105)*
    o Need for filing of pretrial motions

**Counsel-Only Conference Call continued to February 23, 2021 at 1:30 p.m.**
Participants shall call the court's conference line at 888-278-0296 and use access code 8322317# to join the call.

The court finds under 18 USC § 3161(h)(7)(A) and (B)(ii) that a continuance of the Speedy Trial Act deadline is appropriate because the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The court makes this finding given the complexity of this case, the nature of the prosecution, the volume of discovery, and the case taken as a whole, that a failure to grant a continuance would unreasonably deny the defendant reasonable time necessary for effective preparation. The period from January 21, 2021 until February 23, 2021 is excluded under the Speedy Trial Act.