UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,
          Plaintiff,
v.                                          **Case No. 18 CR 154**

**VAN MAYES**,
          Defendant.

## MOTION FOR TRAVEL

**COMES NOW** the above named defendant, Van Mayes, through Attorney Robert LeBell, and moves the court for an order to allow Mr. Mayes to travel as outlined below:

Mr. Mayes will be traveling from Milwaukee, Wisconsin to Joliet, Illinois. Mr. Mayes will be driving unaccompanied in his personal vehicle. He is scheduled to leave Milwaukee, Wisconsin at approximately 9:00 a.m. on August 28, 2021 and return on August 28, 2021 at approximately 11:00 p.m.

The purpose of this trip is to participate in a gathering with the community. He will be performing at a community concert. The concert will be held at the Billie Limacher Bicentennial Park Bandshell located at 201 W. Jefferson Street, Joliet, IL 60432.

Counsel's office has confirmed that USPO Hannah Graham has no objection to this travel request. Counsel's office has also confirmed with AUSA Christopher Ladwig, who takes no position.

1

Dated at Milwaukee, Wisconsin this 24th day of August, 2021.

>Respectfully submitted,
>
>   */s/ Robert G. LeBell*
>Robert G. LeBell, 01015710
>LeBELL, DOBROSKI, & MORGAN, LLP
>1223 N. Prospect Avenue
>Milwaukee, WI 53202
>Telephone: (414) 276-1233
>Facsimile: (414) 239-8565
>dorbell@ldm-law.com