UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes

| | |
|---|---|
| DATE: | March 30, 2022 |
| JUDGE: | Pamela Pepper |
| CASE NO: | 2018-cr-154 |
| CASE NAME: | United States of America v. Van Mayes |
| NATURE OF HEARING: | Scheduling Conference |
| APPEARANCES: | Christopher Ladwig – Attorney for the government |
| | Robert LeBell – Attorney for the defendant |
| COURTROOM DEPUTY: | Kristine Wrobel |
| TIME: | 3:33 p.m. - 4:11 p.m. |
| HEARING: | June 2, 2022, at 11:00 a.m. |

## AUDIO OF THIS HEARING AT DKT. NO. 155

The court noted that in January 2022 it had adopted the magistrate judge's recommendation and ruled on the pretrial motions, and that the parties had stated in a status report that they wanted to work on pretrial litigation and a trial schedule. The parties had indicated in their most recent status report that they were ready to discuss possible trial dates.

The government proposed that the court schedule a trial for November 2022. Defense counsel indicated that he could not possibly be ready by then and gave the court a summary of the various issues that he believed needed to be resolved before trial.

After an extensive discussion of those issues, the court scheduled a status conference for June 2, 2022 at 11:00 a.m. by telephone. The parties must call the court's conference line at 888-557-8511 and use the access code 4893665#.

Between now and the scheduled hearing, counsel must confer with each other about proposing a schedule for addressing the issues defense counsel discussed, and for narrowing the disputed pretrial issues. The court asked defense counsel to file a motion for the appointment of *pro hac vice* counsel and indicated that it would rule on that motion as quickly as possible.

1