# DEFENSE WITNESS LIST
## United States v. Van L. Mayes
October 27th, 2023

1. MPD Chief Jeffrey B. Norman
2. MFD Chief Aaron D. Lipski
3. NBA Security Director Jutiki Jackson
4. Deputy Director David Muhammad
5. Jimmy Pitts
6. Aaron Thompson
7. Derrick Madlock
8. Kevin Hightire
9. Timothy Montgomery
10. Reggie Moore
11. Supreme Omokunde
12. Marty Calderon
13. Kyle Ashley
14. Baba Rogers
15. Sequanna Taylor
16. Farina Brooks
17. Alexis Brooks
18. Lena Taylor
19. Lisa Herbst
20. Dee Dee Davis
21. Keyon Malone Jackson
22. Kenyari Montgomery
23. Richard E. Conners III
24. Markasa Tucker
25. Montreal Cain
26. Pamela Holmes
27. David Bowen
28. Muhhib Dyer
29. Tina Marie
30. Yolanda Boyd
31. Bushraa Rahman
32. Dee Dee Davis
33. Sequila Morrison
34. Pastor Rodney Campbell
35. Rick Banks
36. Rodney Johnson
37. Ray Nitti
38. Jasmine Tyler
39. Janiya Williams
40. Pamela Holmes
41. Marcy Patterson
42. Tamika Vukovich

43. Travis Landry
44. Shauntay Nelson
45. Antoine Carter
46. Bernice Hart
47. Camilla Mays
48. Miss Diane
49. Michael Mayo
50. Steven Anders
51. LaVita Booker
52. Van Mayes

The defense reserves the right to call any and all witnesses, police officers, federal agents, and experts listed on the government's witness list, as well as any that become necessary through the course of cross examination or rebuttal.