January 5, 2024

      Dear Judge Pepper,

    After our telephone conference call earlier today, I communicated with my client to advise him of the recent developments. As a result, I am authorized to indicate that the defense does not object to the changes in the motion in limine schedule, final pre-trial, and trial dates.

      Thank you for your consideration,

      */s/ Robert G. LeBell*

      Robert G. LeBell
      Attorney at Law

RGB;ss