UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

              Plaintiff,

     v.                      Case No.  18-CR-154

VAN L. MAYES,

              Defendant.

---

**GOVERNMENT'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
CERTAIN COUNTS OF THE INDICTMENT**

---

       The United States of America, by Gregory Haanstad, United States Attorney for the Eastern District of Wisconsin, and Christopher Ladwig and Benjamin Taibleson, Assistant United States Attorneys, and with leave of Court granted on January 7th, 2024, hereby gives notice of the dismissal without prejudice of the charges against defendant Van Mayes set forth in Count 1, Count 2, and Count 3 of the superseding indictment returned in the above-captioned case on October 8, 2019, which counts charge the defendant with violations of Title 18, United States Code, Sections 2, 844(m), 924(c)(1)(B)(ii), and 2101(a)(2) and 3.

Dated at Milwaukee, Wisconsin this 8th day of January, 2024.

Respectfully submitted,
GREGORY HAANSTAD
United States Attorney

By:     /s/ Benjamin Taibleson

Benjamin Taibleson
Christopher Ladwig
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
(414) 297-1727
benjamin.taibleson@usdoj.gov