UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                      Case No. 18-CR-154 (PP)

VAN L. MAYES,

      Defendant.

## UNITED STATES' PROPOSED RESPONSE SCHEDULE RELATED TO THE DEFENDANT'S MOTIONS TO UNSEAL GRAND JURY MATERIAL AND DISMISS FOR INSUFFICIENCY

The United States of America, by and through its attorneys, Gregory J. Haanstad, United States Attorney, and Christopher Ladwig and Benjamin Taibleson, Assistant United States Attorneys, intended to respond to the defendant's motions to unseal Grand Jury materials and to dismiss for insufficiency, by March 29, 2024—the deadline for the filing of motions in limine. If the court would prefer a response on a date other than March 29, 2024, the government will adjust as ordered.

Dated at Milwaukee, Wisconsin this 6th day of March, 2024.

                                        GREGORY J. HAANSTAD
                                      United States Attorney

                                        */s/ Christopher Ladwig*
                                        CHRISTOPHER LADWIG
                                        BENJAMIN TAIBLESON
                                        Assistant United States Attorneys
                                        United States Attorney's Office
                                        Eastern District of Wisconsin