UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**,
        Plaintiff,
v.

                                              **Case No. 18-CR-154**

**VAN MAYES**,
        Defendant,

---

**MOTION FOR TRAVEL**

---

    **COMES NOW** the above-named defendant, Van Mayes, through Attorney Robert LeBell, and moves the court for an order to allow Mr. Mayes to travel as outlined below:

    Mr. Mayes will be traveling from Milwaukee, Wisconsin to Chicago, Illinois. He will be leaving around 7pm on April 6th and returning at 3:00am on April 7th. He will not need to stay overnight out of state. The purpose of the trip is for a musical performance. (See attached flyer)

    Counsel has conferred with AUSA Chris Ladwig who takes no position.

    Counsel attempted to contact USPO Tremaine White, but received no response. Counsel did contact the USPO Duty Supervisor Jesse Sorkness, who reviewed Mr. Mayes file and takes no position.

1

Dated at Milwaukee, Wisconsin this 4th day of April 2024.

>Respectfully submitted,
>
>*/s/ Robert G. LeBell*
>Robert G. LeBell, 01015710
>788 N. Jefferson St, Suite 740
>Milwaukee, WI 53202
>Telephone: (414) 276-1233
>dorbell@ldm-law.com

ATTACHMENT

