UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         Case No. 18-CR-154

VAN L. MAYES,

        Defendant.         Title 18, United States Code,
                                     Sections 2101(a)(2) and 2(a)

---

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES:**

On or about August 15, 2016, in the State and Eastern District of Wisconsin and elsewhere,

**VAN L. MAYES**

used facilities of interstate commerce, as defined in Title 18, United States Code, Section 2102(a), that is a cellphone, and during the course of such use, performed an overt act with the intent and purpose of carrying on a riot; namely, the defendant used a cellphone with the intent to encourage others to participate in a riot.

In violation of Title 18, United States Code, Sections 2101(a)(2) and 2(a).

*[signature]*
GREGORY J. HAANSTAD
United States Attorney

Dated: Oct. 10, 2024